**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RULDER A. RODRIGUEZ YAX and LUIS
FERNANDO CIPRIANO CAPIR, *individually
and on behalf of others similarly situated,*

*Plaintiffs,*

-against-

CANCUN AND CANCUN CORP. (D/B/A
DELICIAS MEXICANAS), et al.,

*Defendants.*

Case No. **18-cv-01936-AMD-RLM**

**CERTIFICATE OF DEFAULT**

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Arturo R Hernandez has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of defendant Arturo R Hernandez is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        November 2, 2018

**DOUGLAS C. PALMER**
Clerk of the Court

By: _/s/Jalitza Poveda_____
         Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RULDER A. RODRIGUEZ YAX and LUIS FERNANDO CIPRIANO CAPIR, *individually and on behalf of others similarly situated*, | Case No. **18-cv-01936-AMD-RLM** |
| *Plaintiffs,* | |
| -against- | **CERTIFICATE OF DEFAULT** |
| CANCUN AND CANCUN CORP. (D/B/A DELICIAS MEXICANAS), et al., | |
| *Defendants.* | |

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Blue Water Restaurant Corp. has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of defendant Blue Water Restaurant Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
November 2, 2018

**DOUGLAS C. PALMER**
Clerk of the Court

By: __/s/Jalitza Poveda_____
Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RULDER A. RODRIGUEZ YAX and LUIS FERNANDO CIPRIANO CAPIR, *individually and on behalf of others similarly situated,*<br><br>     *Plaintiffs,*<br><br>     -against-<br><br>CANCUN AND CANCUN CORP. (D/B/A DELICIAS MEXICANAS), et al.,<br><br>     Defendants. | Case No. **18-cv-01936-AMD-RLM**<br><br>**CERTIFICATE OF DEFAULT** |

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Braulio Valdez has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of defendant Braulio Valdez is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   November 2, 2018

                      **DOUGLAS C. PALMER**
                       Clerk of the Court

                   By:  */s/Jalitza Poveda*
                        Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RULDER A. RODRIGUEZ YAX and LUIS FERNANDO CIPRIANO CAPIR, *individually and on behalf of others similarly situated*,<br><br>     *Plaintiffs*,<br><br>   -against-<br><br>CANCUN AND CANCUN CORP. (D/B/A DELICIAS MEXICANAS), et al.,<br><br>     Defendants. | Case No. **18-cv-01936-AMD-RLM**<br><br>**CERTIFICATE OF DEFAULT** |

  I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Cancun and Cancun Corp. has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of defendant Cancun and Cancun Corp. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   November 2, 2018

                **DOUGLAS C. PALMER**
                Clerk of the Court

             By:  */s/Jalitza Poveda*_____
                 Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RULDER A. RODRIGUEZ YAX and LUIS FERNANDO CIPRIANO CAPIR, *individually and on behalf of others similarly situated*,<br><br>    *Plaintiffs*,<br><br>-against-<br><br>CANCUN AND CANCUN CORP. (D/B/A DELICIAS MEXICANAS), et al.,<br><br>    Defendants. | Case No. **18-cv-01936-AMD-RLM**<br><br>**CERTIFICATE OF DEFAULT** |

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Isauro Valdez has not filed an answer or otherwise moved with respect to the amended complaint herein. The default of defendant Isauro Valdez is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       November 2, 2018

                                                **DOUGLAS C. PALMER**
                                                  Clerk of the Court

                                          By:  */s/Jalitza Poveda*
                                                        Deputy Clerk