Michael Samuel, Esq
Samuel & Stein
38 W. 32nd Street, Suite 1110
New York, NY 10001
Telephone: (212) 563-9884
Fax: (212) 563-9870
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RULDER A. RODRIGUEZ YAX and LUIS FERNANDO CIPRIANO CAPIR, *individually and on behalf of all others similarly situated,* <br><br> Plaintiff, <br> -against- <br><br> CANCUN AND CANCUN CORP (D/B/A DELICIAS MEXICANAS), LA NORTENA RESTORANT, INC. (D/B/A LA NORTENA), BLUE WATER RESTAURANT CORP. (D/B/A BLUE WATER RESTAURANT), ISAURO VALDEZ, BRAULIO VALDEZ, and ARTURO HERNANDEZ, <br><br> Defendants. | Docket # 18-cv-01936-AMD-RLM <br><br><br> **ANSWER** |

Defendants Cancun and Cancun Corp., d/b/a Delicias Mexicanas, ("Cancun & Cancun") by and through their undersigned attorneys, answer the Complaint of Plaintiffs Rulder Rodriguez Yax and Luis Fernando Cipriano Capir as follows:

## NATURE OF ACTION

1. Defendants, Cancun and Cancun, deny the allegations contained in the first paragraph of the Complaint.

2. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 2 of the Complaint except admits that Defendants, Cancun and Cancun, own and operated as Mexican Restaurant.

3. Defendants, Cancun and Cancun, Corp., denies knowledge and information sufficient to

1

form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint.

4. Defendants, Cancun and Cancun, deny the allegations contained in paragraph 4 of the Complaint.

5. Defendants, Cancun and Cancun, deny the allegations contained in paragraph 5 of the Complaint.

6. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint.

7. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 7 of the Complaint.

8. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 8 of the Complaint.

9. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 9 of the Complaint..

10. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 10 of the Complaint..

11. Defendats, Cancun and Cancun, deny the allegations contained in paragraph 11 of the Complaint.

12. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 12 of the Complaint.

13. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun & Cancun, deny the allegations in paragraph 13 of the Complaint.

14. Defendants denies knowledge and information sufficient to form a belief to the truth of the allegations contained in paragraph 14.

15. Defendants, Cancun and Cancun, deny the allegations contained in paragraph 15 of the Complaint.

16. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 16 of the Complaint.

17. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint.

18. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 17 of the Complaint.

19. The allegations contained is a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 19 of the Complaint.

## JURISDICTION AND VENUE

20. Defendants, Cancun and Cancun, admit to the allegations contained in paragraph 20 of the Complaint.

21. Defendants, Cancun and Cancun, admit to the allegations contained in paragraph 21 of the Complaint.

## PARTIES

### *Plaintiffs*

22. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint.

23. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint.

24. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint.

25. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint.

### *Defendants*

26. Defendants admit that Cancun and Cancun owns a restaurant located at 10214 Roosevelt Ave., Corona, NY 11368.

27. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint.

28. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint.

29. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint.

30. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint.

31. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint.

32. Defendants denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint.

### **FACTUAL ALLEGATIONS**

### *Defendants Constitute Joint Employers*

33. Defendants, Cancun and Cancun, admit to the allegations contained in paragraph 33 of the Complaint.

34. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 34 of the Complaint.

35. This allegation contains a legal argument which is not required to be admitted or

denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 35 of the Complaint.

36. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 36 of the Complaint.

37. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 37 of the Complaint.

38. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 38 of the Complaint.

39. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 39 of the Complaint.

40. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 40 of the Complaint.

41. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 41 of the Complaint.

42. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 42 of the Complaint.

*Individuals Plaintiffs*

43. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint.

44. This allegation contains a legal argument which is not required to be admitted or denied.

### *Plaintiff Rulder A. Rodriguez Yax*

45. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint.

46. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint.

47. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint.

48. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 48 of the Complaint.

49. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 49 of the Complaint.

50. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint.

51. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 51 of the Complaint.

52. Defendants, Cancun and Cancun, denies knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint.

53. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 53 of the Complaint.

54. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 54 of the Complaint.

55. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 55 of

the Complaint.

56. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 56 of the Complaint.

57. Defendants, Cancun and Cancun, denies the allegation contained in paragraph 57 of the Complaint.

58. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 58 of the Complaint.

59. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 59 of the Complaint.

*Plaintiff Luis Fernando Cipriano Capir*

60. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 60 of the Complaint.

61. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 61 of the Complaint.

62. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 62 of the Complaint.

63. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 63 of the Complaint.

64. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 64 of the Complaint.

65. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 65 of the Complaint.

66. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 66 of the Complaint.

67. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 67 of the Complaint.

68. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 68 of the Complaint.

69. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 69 of the Complaint.

70. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 70 of the Complaint.

71. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 71 of the Complaint.

72. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 72 of the Complaint.

73. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 73 of the Complaint.

74. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 74 of the Complaint.

75. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 75 of the Complaint.

76. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 76 of the Complaint.

77. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the

allegations contained in paragrpah 77 of the Complaint.

78. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 78 of the Complaint.

79. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 79 of the Complaint.

*Defendants' General Employment Practice*

80. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 80 of the Complaint.

81. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 81 of the Complaint.

82. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 82 of the Complaint.

83. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 83 of the Complaint.

84. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 84 of the Complaint.

85. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 85 of the Complaint.

86. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 86 of the Complaint.

87. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 87 of the Complaint.

88. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 88 of the Complaint.

89. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 89 of the Complaint.

90. This allegation contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations contained in paragraph 90 of the Complaint.

91. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 91 of the Complaint.

92. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 92 of the Complaint.

93. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 93 of the Complaint.

94. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 94 of the Complaint.

95. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 95 of the Complaint.

96. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 96 of the Complaint.

97. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cacun, denies the

allegations contained in paragraph 97 of the Complaint.

98. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cacun, denies the allegations contained in paragraph 98 of the Complaint.

99. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 99 of the Complaint.

100. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cacun, denies the allegations contained in paragraph 100 of the Complaint.

## FLSA COLLECTIVE ACTION CLAIMS

101. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cacun, denies the allegations contained in paragraph 101 of the Complaint.

102. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cacun, denies the allegations contained in paragraph 102 of the Complaint.

103. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 103 of the Complaint.

## FIRST CAUSE OF ACTION

## VIOLATION OF THE MINIMUM WAGE PROVISIONS OF THE FLSA

104. Defendants repeat their responses set forth in Paragraphs 1 through 104 hereinabove as if fully set forth at length herein.

105. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the

allegations in paragraph 105 of the Complaint.

106. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 106 of the Complaint.

107. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 107 of the Complaint.

108. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 108 of the Complaint.

109. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 109 of the Complaint.

110. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 110 of the Complaint.

## SECOND CAUSE OF ACTION

### VIOLATION OF THE OVERTIME PROVISIONS OF THE FLSA

111. Defendants repeat their responses set forth in Paragraphs 1 through 111 hereinabove as if fully set forth at length herein.

112. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 112 of the Complaint.

113. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the

allegations in paragraph 113 of the Complaint.

114. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 114 of the Complaint.

### THIRD CAUSE OF ACTION

### VIOLATION OF THE NEW YORK MINIMUM WAGE ACT

115. Defendants repeat their responses set forth in Paragraphs 1 through 115 hereinabove as if fully set forth at length herein.

116. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 116 of the Complaint.

117. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 117 of the Complaint.

118. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 118 of the Complaint.

119. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 119 of the Complaint.

### FOURTH CAUSE OF ACTION

### VIOLATION OF THE OVERTIME PROVISIONS
### OF THE NEW YORK STATE LABOR LAW

120. Defendants repeat their responses set forth in Paragraphs 1 through 120 hereinabove as if fully set forth at length herein.

121. The allegations contains a legal argument which is not required to be admitted or

denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 121 of the Complaint.

122. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 122 of the Complaint.

123. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 123 of the Complaint.

### FIFTH CAUSE OF ACTION

### VIOLATIONS OF THE SPREAD OF HOURS WAGE ORDER

### OF THE NEW YORK COMMISSIONER OF LABOR

124. Defendants repeat their responses set forth in Paragraphs 1 through 124 hereinabove as if fully set forth at length herein.

125. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 125 of the Complaint.

126. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 126 of the Complaint.

127. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 127 of the Complaint.

### SIXTH CAUSE OF ACTION

### VIOLATION OF THE NOTICE AND RECORDKEEPING

### REQUIREMENTS OF THE NEW YORK LABOR LAW

128. Defendants repeat their responses set forth in Paragraphs 1 through 128 hereinabove as

if fully set forth at length herein.

129. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 129 of the Complaint.

130. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 130 of the Complaint.

### SEVENTH CAUSE OF ACTION

### VIOLATION OF THE WAGE STATEMENT PROVISIONS

### OF THE NEW YORK LABOR LAR

131. Defendants repeat their responses set forth in Paragraphs 1 through 131 hereinabove as if fully set forth at length herein.

132. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 132 of the Complaint.

133. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 133 of the Complaint.

### EIGHT CAUSE OF ACTION

### RECOVERY OF EQUIPMENT COSTS

134. Defendants repeat their responses set forth in Paragraphs 1 through 134 hereinabove as if fully set forth at length herein.

135. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 135 of the Complaint.

136. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 136 of

the Complaint.

## NINTH CAUSE OF ACTION

## VIOLATION OF THE TIMELY PAYMENT PROVISIONS

## OF THE NEW YORK LABOR LAW

137. Defendants repeat their responses set forth in paragraphs 1 through 137 hereinabove as if fully set forth at length herein.

138. The allegations contains a legal argument which is not required to be admitted or denied. To the extent an answer is required, Defendants, Cancun and Cancun, denies the allegations in paragraph 138 of the Complaint.

139. Defendants, Cancun and Cancun, denies the allegations contained in paragraph 139 of the Complaint.

## AFFIRMATIVE DEFENSES

a) The court lacks subject matter jurisdiction over the state law claims asserted herein.

b) The complaint fails to state a claim upon which relief can be granted.

c) Plaintiff's claims are barred by the doctrines of waiver and estoppel.

d) Plaintiff's claims are barred by the doctrine of unclean hands.

e) Part or all of plaintiff's damages are the result of plaintiff's failure to mitigate damages.

f) Plaintiff is in breach of his contract with defendants.

g) Defendants are entitled, in whole or in part, to an offset.

h) Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

i) Plaintiff's claims are barred by the doctrine of laches.

j)   Defendants' actions, if wrongful, were undertaken in a good faith effort to comply with all applicable laws.

Dated: March 28, 2019

Yours sincerely,

_____
Michael Samuel
SAMUEL & STEIN
Attorneys for Defendants
Cancun and Cancun, Corp.
38 West 32nd St., Suite 1110
New York, New York 10001
Tel: (212) 563-9884
Fax: (212) 563-9870

TO:

Michael Faillace & Associates, P.C
Attorneys for Plaintiff
60 E. 42nd Street, Suite 4510
New York, NY 10165