UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RULDER A. RODRIGUEZ YAX and LUIS FERNANDO CIPRIANO CAPIR, *individually and on behalf of others similarly situated,*<br><br>Plaintiffs,<br><br>-against-<br><br>CANCUN AND CANCUN CORP (D/B/A DELICIAS MEXICANAS), LA NORTENA RESTORANT INC. (D/B/A LA NORTENA), BLUE WATER RESTAURANT CORP. (D/B/A BLUE WATER RESTAURANT), ISAURO VALDEZ, BRAULIO VALDEZ, and ARTURO R. HERNANDEZ,<br><br>Defendants. | Index No. **18-cv-01936-AMD-RLM**<br>**STIPULATION OF DISCONTINUANCE** |

IT IS HEREBY STIPULATED that this action be discontinued and hereby dismissed as against Defendant Cancun and Cancun Corp. with prejudice, without costs to any party against any other. This action is discontinued and hereby dismissed by Plaintiffs as against Defendants La Nortena Restorant Inc. (d/b/a La Nortena), Blue Water Restaurant Corp. (d/b/a Blue Water Restaurant), Isauro Valdez, Braulio Valdez, and Arturo R. Hernandez, without prejudice and without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
    May 9, 2019

_____    _____
Joshua S, Androphy, Esq.                          Michael Samuel
Michael Faillace & Associates, P.C.         Samuel and Stein
60 East 42nd Street, Suite 4510               38 West 32nd Street
New York, NY 10165                                 Suite 1110
*Attorneys for Plaintiffs*                              New York, New York 10001
                                                                    *Attorney for Defendant Cancun and Cancun Corp.*